THIS IS TO CERTIFY THAT THIS
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL DOCUMENT
WELLS FARGO BANK, N.A.

This Document Prepared By:
JARED HARRIS
WELLS FARGO BANK, N.A.
3476 STATEVIEW BLVD, MAC# X7801-03K
FORT MILL, SC 29715
(800) 416-1472

When Recorded Mail To:
FIRST AMERICAN TITLE
ATTN: LMTS
P.O. BOX 27670
SANTA ANA, CA 92799-7670

Tax/Parcel No. H230010028901
_____ [Space Above This Line for Recording Data] _____

Original Principal Amount: $150,220.00   FHA/VA Loan No.:̶ ̶ ̶ ̶ ̶ ̶ ̶
Unpaid Principal Amount: $140,871.35     ~~MERS Min: 1000522-0000346955-0~~
New Principal Amount $139,272.69         ~~MERS Phone #: (888) 679-6377~~
New Money (Cap): $0.00

# LOAN MODIFICATION AGREEMENT (MORTGAGE)
(Providing for Fixed Rate)

This Loan Modification Agreement ("Agreement"), made this 22ND day of NOVEMBER, 2013, between ROBIN S TRIMBLE AND, DEBRA S TRIMBLE, HUSBAND AND WIFE, FOR THEIR JOINT LIVES REMAINDER IF FEE SIMPLE TO THE SURVIVOR OF THEM ("Borrower"), whose address is 4700 TOWNSHIP ROAD 121, MOUNT GILEAD, OHIO 43338 and WELLS FARGO BANK, N.A. ("Lender"), whose address is 3476 STATEVIEW BLVD, MAC# X7801-03K, FORT MILL, SC 29715 and given to ~~Mortgage Electronic Registrations Systems, Inc. ("MERS") (solely as nominee for Lender, and Lender's successors and assigns), as beneficiary. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS,~~ amends and supplements (1) the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated

Wells Fargo Custom HUD Loan Modification Agreement
10032013_77
First American Mortgage Services                    Page 1                    708



THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT WELLS FARGO BANK, N.A.

JUNE 29, 2005 and recorded on JULY 8, 2005 in BOOK 549 PAGE 748, MORROW COUNTY, OHIO, and (2) the Note, in the original principal amount of U.S. $150,220.00, bearing the same date as, and secured by, the Security Instrument, which has been assigned MERS Registration No. 1000522-0000246955-0, and MERS Registration Date JULY 6, 2005, and which covers the real and personal property described in the Security Instrument and defined therein as the "Property", located at
4700 TOWNSHIP ROAD 121, MOUNT GILEAD, OHIO 43338 the real property described is located in MORROW COUNTY, OHIO and being set forth as follows:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF:

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. Borrower agrees that certain amounts owed will not be capitalized, waived, or addressed as part of this Agreement, and will remain owed until paid. These amounts owed are referenced in the Cover Letter to this Agreement, which is incorporated herein, and are to be paid with the return of this executed Agreement. If these amounts owed are not paid with the return of this executed Agreement, then Lender may deem this Agreement void.

2. As of, JANUARY 1, 2014 the amount payable under the Note and the Security Instrument (the "Unpaid Principal Balance") is U.S. $139,272.69, consisting of the amount(s) loaned to Borrower by Lender, plus capitalized interest in the amount of U.S. $0.00 and other amounts capitalized, which is limited to escrows and any legal fees and related foreclosure costs that may have been accrued for work completed. This Unpaid Principal Balance has been reduced by the contemporaneous HUD Partial Claim amount of $1,598.66. This agreement is conditioned on the proper execution and recording of this HUD Partial Claim.

3. Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of Lender Interest will be charged on the Unpaid Principal Balance at the yearly rate of 4.3750%, from JANUARY 1, 2014. The Borrower promises to make monthly payments of principal and interest of U.S. $695.37, beginning on the 1ST day of FEBRUARY, 2014, and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. If on JANUARY 1, 2044 (the "Maturity Date"), the Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, Borrower will pay these amounts in full on the Maturity Date.

4. If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in the Borrower is sold or transferred and the Borrower is not a natural person) without the Lender's prior written consent, the Lender may require immediate payment in full of all sums secured by this Security Instrument.

   If the Lender exercises this option, the Lender shall give the Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which the Borrower must pay all sums secured by this Security Instrument. If the Borrower fails to pay these sums prior to the expiration of this period, the Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on the Borrower.

5. The Borrower agrees to make and execute such other documents or papers as may be necessary or required to effectuate the terms and conditions of this Agreement.

6. The Borrower also will comply with all other covenants, agreements, and requirements of the Security

Wells Fargo Custom HUD Loan Modification Agreement
10032013_77
First American Mortgage Services

Page 2

708

THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT
WELLS FARGO BANK, N.A.

Instrument, including without limitation, the Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that the Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever cancelled, null and void, as of the date specified in Paragraph No. 1 above:

(a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note; and

(b) all terms and provisions of any adjustable rate rider, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

7. Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in this Agreement, the Note and Security Instrument will remain unchanged, and Borrower and Lender will be bound by, and comply with, all of the terms and provisions thereof, as amended by this Agreement.

8. Borrower agrees to make and execute other documents or papers as may be necessary to effectuate the terms and conditions of this Agreement which, if approved and accepted by Lender, shall bind and inure to the heirs, executors, administrators, and assigns of the Borrower.

9. If included, the undersigned Borrower(s) acknowledges receipt and acceptance of the Notice of Special Flood Hazard disclosure.

THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT WELLS FARGO BANK, N.A.

In Witness Whereof, the Lender have executed this Agreement.

WELLS FARGO BANK, N.A.

By: _Yared B. Areba_ (signature)  **Yared Daisso Areba**  Vice President Loan Documentation  1/9/14

(print name) / (title) / Date

_____[Space Below This Line for Acknowledgments]_____

LENDER ACKNOWLEDGMENT

STATE OF _Minnesota_    COUNTY OF _Dakota_

The instrument was acknowledged before me this _01/09/2014_ by _Yared Daisso Areba_, Vice President Loan Documentation of WELLS FARGO BANK, N.A., a Vice President Loan Documentation, on behalf of said corporation.

_(signature)_
Notary Public

JAMIE LYNN VON BARGEN
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/2016

Printed Name: _Jamie Lynn Von Bargen_
My commission expires: _01/31/2016_

THIS DOCUMENT WAS PREPARED BY:
JARED HARRIS
WELLS FARGO BANK, N.A.
3476 STATEVIEW BLVD, MAC# X7801-03K
FORT MILL, SC 29715

THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT
WELLS FARGO BANK, N.A.

~~Mortgage Electronic Registration Systems, Inc.~~ YA                    Mortgagee

By _[signature]_

**Yared Daisso Areba**
Vice President Loan Documentation

Date  1/9/14

_____[Space Below This Line for Acknowledgments]_____

STATE OF _____                COUNTY OF _____

The foregoing instrument was acknowledged before me this _____ by _____, the _____ of ~~Mortgage Electronic Registrations Systems, Inc.~~, a _____, on behalf of said entity.

YA

_____
Notary Public

Printed Name: _____

My commission expires: _____

THIS DOCUMENT WAS PREPARED BY:
JARED HARRIS
WELLS FARGO BANK, N.A.
3476 STATEVIEW BLVD, MAC# X7801-03K
FORT MILL, SC 29715

Wells Fargo Custom HUD Loan Modification Agreement
10032013_77
First American Mortgage Services                    Page 5                708

THIS IS TO CERTIFY THAT THIS
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL DOCUMENT
WELLS FARGO BANK, N.A.

In Witness Whereof, I have executed this Agreement.

_____   12/18/13
Borrower: ROBIN S TRIMBLE              Date

_____   12-18-13
Borrower: DEBRA S TRIMBLE              Date

_____   _____
Borrower:                              Date

_____   _____
Borrower:                              Date

[Space Below This Line for Acknowledgments]

## BORROWER ACKNOWLEDGMENT

State of Ohio

County of Union

The foregoing instrument was acknowledged before me this December 18, 2013 (date) by ROBIN S TRIMBLE, DEBRA S TRIMBLE, (name of person acknowledged.)

_____
Notary Public

Printed Name: CHRISTY M SAYERS

My commission expires: 4-18-2015

CHRISTY M SAYERS
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES 4-18-2015

Prepared by:
JARED HARRIS
WELLS FARGO BANK, N.A.
3476 STATEVIEW BLVD, MAC# X7801-03K
FORT MILL, SC 29715
(800) 416-1472

RECORD AND RETURN TO:
FIRST AMERICAN TITLE
ATTN: LMTS
P.O. BOX 27670
SANTA ANA, CA  92799-7670

THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT WELLS FARGO BANK, N.A.

EXHIBIT A

BORROWER(S): ROBIN S TRIMBLE AND DEBRA S TRIMBLE, HUSBAND AND WIFE, FOR THEIR JOINT LIVES REMAINDER IF FEE SIMPLE TO THE SURVIVOR OF THEM

LOAN NUMBER: (scan barcode)

LEGAL DESCRIPTION:

SITUATED IN HARMONY TOWNSHIP, COUNTY OF MORROW AND STATE OF OHIO: BEING A PART OF LOT 2; QUARTER 3; TOWNSHIP 8 NORTH ; RANGE 16 WEST; HARMONY TOWNSHIP; MORROW COUNTY; STATE OF OHIO; AND MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT AN IRON PIN FOUND AT THE N.E. CORNER OF LOT 2; THIS ALSO BEING IN THE GREENVILLE TREATY LINE AND THE FRANKLIN TOWNSHIP-HARMON TOWNSHIP LINES: THENCE SOUTH 82 DEGREES, 30 MINUTES, 00 SECONDS WEST; WITH THE GREENVILE TREATY, THE FRANKLIN TOWNSHIP-HARMONY TOWNSHIP LINE, AND TOWNSHIP ROAD #121 (AND THE EXTENSION THEREON); A DISTANCE O 584.93 FEET TO A RAILROAD SPIKE SET AND THE TRUE PLACE OF BEGINNING; THENCE SOUTH 03 DEG, 58 MINUTES, 30 SECOND WEST; CROSSING AN IRON PIN SET A 30.00 FEET, A TOTAL DISTANCE OF 399.74 FEET TO AN IRON PIN SET; THENCE NORTH 86 DEG, 01 MINUTES, 30 SECONDS WEST; A DISTANCE OF 245.00 FEET TO AN IRON PIN SET; THENCE 03 DEG, 58 MINUTES, 30 EAST; CROSSING AND IRON PIN SET AT 320.00 FEET, A TOTAL DISTANCE OF 350.00 FEET TO A RAILROAD SPIKE SET IN THE GREENVILLE TREATY, THE FRANKLIN TOWNSHIP-HARMONY TOWNSHIP LINE, AND TOWNSHIP ROAD #121; THENCE NORTH 82 DEG, 30 MINUTES, 00 SECONDS EAST; WITH THE GREENVILLE TREATY LINE, THE FRANKLIN TOWNSHIP-HARMONY TOWNSHIP LINE, AND TOWNSHIP ROAD #121; A DISTANCE OF 250.00 FEET TO THE PLACE OF BEGINNING. CONTAINING 2.108 ACRES OF LAND, MORE OR LESS, AND SUBJECT TO ALL LEGAL HIGHWAYS, RIGHT-OF-WAYS, EASEMENTS, RESTRICTIONS, AND AGREEMENTS OF RECORD. ALL SET IRON PINS ARE SOLID, 5/8 INCH, AND BEAR A PLASTIC CAP STAMPED "GARVERICK L.S. 6816". PRIOR DEED; VOLUME 369, PAGE 091. BASIS OF BEARINGS: ENGINEER'S PLAT BOOK 03, PAGE 412. THE ABOVE DESCRIPTION IS BASED UPON A SURVEY BY JAN K. GARVERICK, L.S. 6816; DATED NOVEMBER 20, 2001.

ALSO KNOWN AS: 4700 TOWNSHIP ROAD 121, MOUNT GILEAD, OHIO 43338



THIS IS TO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL DOCUMENT
WELLS FARGO BANK, N.A.

Date: NOVEMBER 22, 2013
Loan Number: (scan barcode)
Lender: WELLS FARGO BANK, N.A.

Borrower: ROBIN S TRIMBLE, DEBRA S TRIMBLE

Property Address: 4700 TOWNSHIP ROAD 121 MOUNT GILEAD, OHIO 43338

## NOTICE OF NO ORAL AGREEMENTS

THIS WRITTEN LOAN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN THE PARTIES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS OF THE PARTIES.

THERE ARE NO ORAL AGREEMENTS BETWEEN THE PARTIES.

Receipt of Notice. The undersigned hereby admits to having each received and read a copy of this Notice on or before execution of the Loan Agreement. "Loan Agreement" means one or more promises, promissory notes, agreements, undertakings, security agreements, deeds of trust or other documents, or commitments, or any combination of those actions or documents, pursuant to which a financial institution loans or delays repayment of or agrees to loan or delay repayment of money, goods or any other thing of value or to otherwise extend credit or make a financial accommodation.

_____  12/15/13
Borrower                                    Date
ROBIN S TRIMBLE

_____  12/15/13
Borrower                                    Date
DEBRA S TRIMBLE

_____  _____
Borrower                                    Date

_____  _____
Borrower                                    Date

_____  _____
Borrower                                    Date

_____  _____
Borrower                                    Date