

Wells Fargo Home Mortgage
P.O. Box 10368
Des Moines,, IA 50306-0368

January 13, 2014

Robin S Trimble
Debra S Trimble
4700 Township Road 121
Mount Gilead OH 43338

Dear Robin S Trimble & Debra S Trimble :

RE: Loan Number 0198292823, Client 708

I'm writing you today to congratulate you on successfully completing the modification process. I am also enclosing a corrected copy of your executed Modification Agreement for your records. Any alterations you may see on the document were made by an authorized representative. Please note that all corrections are just clerical in nature and do not change any of the terms of your modification.

If you have any questions, please contact me at the phone number listed below.

Sincerely,

DEBRA MALMSTROM
Home Preservation Specialist
Wells Fargo Home Mortgage
Ph: 1-877-591-7556
Ext: 4704
Fax: 1-866-590-8910

Please be advised that Wells Fargo Home Mortgage may be attempting to collect a debt and any information obtained may be used for that purpose. If you are currently in bankruptcy or your debt has been discharged in bankruptcy, Wells Fargo Home Mortgage is only exercising its rights against the property and is not attempting to hold you personally liable on the Note. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

HP400/D1H/Pg1

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399…

Together we'll go far



EXHIBIT B



Wells Fargo Home Mortgage
P.O. Box 10368
Des Moines, IA 50306-0368

With respect to those loans in the state of California, the state Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, except under unusual circumstances collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov

HP400/D1H/Pg2



Together we'll go far

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399301