

01/13/14

1AB        00008/044335/000016 0176  2 ACR5IC HP013 708

ROBIN S TRIMBLE
DEBRA S TRIMBLE
4700 TOWNSHIP ROAD 121
MOUNT GILEAD, OH  43338-9768

| Account Information | |
| --- | --- |
| Online: | www.wellsfargo.com |
| Fax: | 1-866-590-8910 |
| Telephone: | 1-877-591-7556 |
| Extension: | 4704 |
| Correspondence: | PO Box 10335 |
| | Des Moines, IA 50306 |
| Hours of operation: | Mon - Thurs, 7 a.m. - 9 p.m., |
| | Fri, 7 a.m. - 8 p.m., |
| | Sat, 8 a.m. - 4 p.m., CT |
| Loan number: | 0198292823 |
| Property address: | 4700 Township Road 1 |
| | Mount Gilead OH 43338 |

Subject: You've completed the mortgage assistance process

Dear Robin S Trimble & Debra S Trimble:

I'm writing to tell you it's been a pleasure working with you and helping you through the mortgage assistance process. I'm happy that you successfully completed the process and your mortgage is now in good standing.

At this point, you'll no longer need the dedicated assistance of a home preservation specialist. Please understand that if your circumstances should change, or if you face challenges in keeping up with your mortgage payments, it's important for you to call us right away.

Simply call the phone number in the account information section at the top of this letter. A Wells Fargo representative will assist you and put you in touch with a home preservation specialist if you need further assistance.

Once again, I appreciate having the opportunity to assist you. It is my hope that you will have continued success and enjoy the benefits of homeownership. If you have any questions about this letter, please feel free to call me at 1-877-591-7556 ext. 4704.

Sincerely,

*Debra Malmstrom*

Debra Malmstrom
Home Preservation Specialist
Wells Fargo Home Mortgage
Ph: 1-877-591-7556 ext. 4704
Fax: 1-866-590-8910

Wells Fargo Home Mortgage is required by the Fair Debt Collection Practices Act to inform you that, as your account servicer, we are attempting to collect a debt, and any information obtained will be used for that purpose. However, if you have received a discharge from bankruptcy, and the account was not reaffirmed in the bankruptcy case, Wells Fargo Home Mortgage will only exercise its rights against the property and is not attempting any act





7080198292823HP013

WFM307C

HP013 708

EXHIBIT
3