

Return Mail Operations
PO Box 14411
Des Moines, IA 50306-3411

Statement date 11/10/14
Loan number ~~0108802~~823
Property address
4700 TOWNSHIP ROAD 121
MOUNT GILEAD OH 43338

### Customer Service

Online
wellsfargo.com

Fax
1-866-278-1179

Telephone
1-866-234-8271

Correspondence
PO Box 10335
Des Moines, IA 50306

Hours of operation
Mon - Fri 6 a.m. - 10 p.m.
Sat 8 a.m. - 2 p.m. CT

Payments
PO Box 5296
Carol Stream IL 60197

Purchase or refinance
1-866-867-3026

We accept telecommunications relay service calls.

1AB 00479/152479/000479 0540   1 ACSA05 708
ROBIN S TRIMBLE
DEBRA S TRIMBLE
4700 TOWNSHIP ROAD 121
MOUNT GILEAD, OH  43338-9768

### Payment summary

| | |
|---|---:|
| Principal | $195.51 |
| Interest | $499.86 |
| Escrow | $279.62 |
| Current payment | $974.99 |
| Total payment due 12/01/14 | $974.99 |
| After 12/16/14 a late charge may apply | $39.00 |

### Balance summary

| | |
|---|---:|
| Unpaid principal balance | $137,105.14 |
| Escrow balance | $1,346.81 |
| (Contact Customer Service for your payoff balance) | |
| Interest rate | 4.375% |
| Maturity date | 01/44 |

### Year to date summary

| | |
|---|---:|
| Total received* | $22,264.40 |
| Principal | $3,766.21 |
| Interest** | $9,594.35 |
| Advance | $1,351.00 |
| Escrow | $7,537.84 |
| Fees and other charges | $15.00 |
| Taxes disbursed | $2,133.72 |
| Insurance disbursed | $1,109.00 |

*This total may include the Unapplied funds balance from the Balance summary section.
**This information should not be used for tax purposes. If you have tax related questions please consult your tax advisor.

### Activity since your last statement

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---:|---:|---:|---:|---:|
| 11/08 | Payment | $974.99 | $194.80 | $500.57 | $279.62 | |
| 11/08 | Principal payment | $0.01 | $0.01 | | | |

### Important messages

Tip of the month
To help prevent identity theft, invest in a paper shredder. Shredding all personal mail and old documents can help reduce your risk of identity theft. For more tips on how to protect yourself visit wellsfargo.com/privacy_security.

TRAI-S-152479/000479 ACSA05 S1-ET-M1 C020 1